# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-248 (2) (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| JUAN MANUEL CRISTERNA ESTRADA, | |
| Defendant. | |

___

Jeffrey Bryan**,** Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Daniel Guerrero, **MESHBESHER & SPENCE, LTD,** 1616 Park Avenue South, Minneapolis, MN 55404, for defendant.

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge Jeffrey J. Keyes dated December 17, 2010 [Docket No. 96]. No objections have been filed to that report and recommendation in the time period permitted.

Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

   1.   Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 61], is **DENIED.**

- 2 -

DATED: February 8, 2011
at Minneapolis, Minnesota.                             _____s/ John R. Tunheim_____
                                                            JOHN R. TUNHEIM
                                                         United States District Judge